**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00183-REB-07

UNITED STATES OF AMERICA,

      Plaintiff,

v.

7.  JOSE HERNANDEZ,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter comes before the court on the **Government Motion To Dismiss As To Defendant Jose Hernandez** [#786] filed September 24, 2008.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that the Indictment and the Superseding Indictment should be dismissed as to defendant Jose Hernandez only.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the  **Government Motion To Dismiss As To Defendant Jose Hernandez** [#786] filed September 24, 2008, is **GRANTED**; and

      2.  That pursuant to Fed.R.Crim.P. 48(a), the Indictment [#1] filed on April 25, 2007, and the Superseding Indictment [#209] filed on July 24, 2007, are **DISMISSED** as to defendant, Jose Hernandez, only.

      Dated October 26, 2009, at Denver, Colorado.

      **BY THE COURT:**

Robert E. Blackburn
United States District Judge